## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **GEORGIA DURST** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL CASE NO.   4:13cv362** |
| **ROBERT P. HAITHCOCK and** | § | |
| **PARSONS TRUCKING COMPANY,** | § | |
| **INC.** | § | |
| **Defendants.** | § | |

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS

CAME ON this day to be heard Plaintiff and Defendants' Motion to Dismiss Plaintiff's claims against Defendants.  The court, upon consideration of the pleadings, is of the opinion that the Motion to Dismiss should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Unopposed Motion to Dismiss with Prejudice Plaintiff's claims against Defendants is granted in full.  The court hereby dismisses with prejudice the entirety of Plaintiff's claims against Defendants pursuant to Fed. R. Civ. P. 41(a).

All relief not expressly granted herein is denied.

IT IS SO ORDERED.

**SIGNED this the 31st day of July, 2014.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**


*/s/ David M. Stagner   (signed w/permission DRM)*
**DAVID M. STAGNER**
State Bar No. 19005000
**JOHNNY R. BROWN**
State Bar No. 03146550

**ATTORNEYS FOR PLAINTIFF**



*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700

**ATTORNEYS FOR DEFENDANTS**